UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY POJANI,<br><br>    Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC,<br><br>    Defendant. | Case No. 21-cv-02880-BLF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; AND VACATING HEARING ON MOTION**<br><br>[Re: ECF 38] |

Plaintiff Gregory Pojani filed this action for violations of the Fair Credit Reporting Act ("FCRA") on April 21, 2021, asserting claims against four defendants: TransUnion, LLC, Equifax Information Services, LLC, Capital One Bank (USA) National Association, and BMW Financial Services NA, LLC. *See* Compl., ECF 1. Plaintiff thereafter voluntarily dismissed TransUnion, Equifax, and Capital One. *See* Dismissals, ECF 28, 34, 36.

The last defendant, BMW, has not appeared in the case. Service of process was completed on April 27, 2021. *See* POS, ECF 8. On October 30, 2021, Pojani filed a motion for leave to amend his complaint to add additional claims for violation of the FCRA against BMW. *See* Mot. for Leave, ECF 38. BMW has not appeared in this case and has not filed a response to the motion.

Under the liberal standard for amendment under Federal Rule of Civil Procedure 15(a)(2), the motion is GRANTED. Plaintiff shall file the amended complaint by December 2, 2021.

The hearing on the motion, currently set for March 10, 2022, is VACATED.

IT IS SO ORDERED.

Dated: November 18, 2021

                                            BETH LABSON FREEMAN
                                            United States District Judge